■ In the Matter of LARDS REALTY COMPANY, Respondent, v INCORPORATED VILLAGE OF BAYVILLE et al., Appellants.—Judgment of the Supreme Court, Nassau County, entered December 12, 1984, affirmed, with costs, for reasons stated by Justice Balletta at Special Term. Brown, J. P., Rubin, Lawrence and Kooper, JJ., concur.